IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DONALD SMITH, | |
| Plaintiff, | 8:17-CV-3168 |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY, | JUDGMENT |
| Defendants. | |

On the parties' Joint Stipulation of Dismissal (filing 9), the plaintiff's claims against the defendant, Liberty Mutual Insurance Company, are dismissed with prejudice, each party to bear its own costs.

Dated this 12th day of February, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge